### UNITED STATES v. BROWN et al.

(Circuit Court, D. Delaware. September 26, 1905.)

No. 156.

BRADFORD, District Judge. This suit is similar to that of United States v. Edward Luce, James V. Luce and Edward C. Luce, trading as Luce Brothers, 141 Fed. 385. Both cases have been heard on the same evidence and are identical in principle. In that against Luce Brothers an opinion has this day been filed declaring the government entitled to injunctive relief. In this case relief of the same kind must be granted. A decree may be prepared and submitted accordingly.